UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ROSARIO,<br>        Plaintiff<br><br>        v.<br><br>JERRY LYNCH, *#796*;<br>GREGORY SANTAMALA, *#935*;<br>JOYCE ADAMS, *Warden (PICC)*;<br>JOHN DELANEY,<br>*Warden (Phila. Detention Ctr.)*;<br>RICHI GRACE, *Supervisor (PICC)*<br>WILLIAM HILITY, *Internal Affairs Unit,*<br>*Philadelphia County Prison Department*;<br>CITY OF PHILADELPHIA;<br>UNKNOWN CITY OF PHILADELPHIA<br>POLICE OFFICERS;<br>UNKNOWN CITY OF PHILADELPHIA<br>PRISON OFFICIALS; and<br>UNKNOWN STATE CORRECTIONAL<br>OFFICIALS,<br>        Defendants | No. 2:13-cv-01945 |

## **O R D E R**

**AND NOW**, this 15th day of September, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, ECF No. 40, is **GRANTED**.

2. The Clerk of Courts is directed to **ENTER JUDGMENT** in favor of Defendants and against Plaintiff on all claims.

3. The case is **CLOSED**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge